[ORAL ARGUMENT NOT YET SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MICHAEL SOLONDZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>　　　　Respondent. | No. 24-1105 |

**JOINT MOTION TO EXTEND DEADLINES TO FILE INITIAL SUBMISSIONS BY FIFTY DAYS**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, Petitioner Michael Solondz and Respondent Federal Aviation Administration (collectively, "the parties") jointly file this motion to extend the deadlines to file initial submissions set in the scheduling order issued on May 2, 2024.

1. On May 2, 2024, this Court set a preliminary schedule in this matter. Among other matters, the Court's order sets deadlines for the filing of procedural and dispositive motions, as well as for the filing of the Certified Index to the Record in this matter.

2. The parties have not previously sought an extension of these

deadlines.

3. The requested extension is necessary to ensure adequate time for preparation initial submissions in this matter and will assist the parties in the presentation of the issues in this case.

4. The parties respectfully request that the deadlines set by the May 2, 2024 scheduling order be extended by fifty (50) days.

          Respectfully submitted,

          */s/ Brett D. Weingold*
          BRETT D. WEINGOLD
          Manager, Appellate Practice
          Federal Aviation Administration
          Aviation Litigation Division
          800 Independence Ave. SW
          Washington, DC 20591
          (202) 702-7969

          */s/ Brandon R. Nagy*
          Michael E. Tucci, Esq.
          Brandon R. Nagy, Esq.
          STINSON LLP
          1775 Pennsylvania Avenue, NW, Suite 800
          Washington, D.C. 20006
          (202) 728-3010

MAY 2024

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 154 words.

                                        */s/ Brett D. Weingold*
                                        BRETT D. WEINGOLD

## CERTIFICATE AS TO PARTIES AND AMICI

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

The parties to this case are Petitioner, Michael Solondz, and Respondent, Federal Aviation Administration ("FAA"). This matter was not previously before any District Court, and there are no amici in this matter.

                                        */s/ Brett D. Weingold*
                                        BRETT D. WEINGOLD

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system.  I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                */s/ Brett D. Weingold*
                                                BRETT D. WEINGOLD