# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1105**  **September Term, 2023**

FAA-04/10/2024 Letter

**Filed On: June 3, 2024** [2057442]

Michael Solondz,

      Petitioner

    v.

Federal Aviation Administration,

      Respondent

## O R D E R

Upon consideration of the joint motion for extension of time to file initial submissions, it is

**ORDERED** that the motion for extension of time be granted. The following deadlines are now established:

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 23, 2024 |
| Docketing Statement Form | July 23, 2024 |
| Procedural Motions, if any | July 23, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 23, 2024 |
| Statement of Issues to be Raised | July 23, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | July 23, 2024 |
| Certified Index to the Record | August 6, 2024 |
| Dispositive Motions, if any | August 6, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Catherine J. Lavender
Deputy Clerk