UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| MICHAEL SOLONDZ | ) | |
| | ) | |
| PETITIONER, | ) | |
| | ) | No. 24-1105 |
| v. | ) | |
| | ) | |
| FEDERAL AVIATION ADMINISTRATION | ) ) | |
| | ) | |
| RESPONDENT. | ) | |

## STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Pursuant to the Court's Order on May 2, 2024, as revised by the Clerk's Order entered on June 3, 2024, Petitioner Michael Solondz hereby submits this Statement of Intent to Utilize a Deferred Joint Appendix:

Petitioner respectfully states that a deferred joint appendix will be utilized.

July 23, 2024        Respectfully submitted,


/s/ Brandon R. Nagy
Brandon R. Nagy, Esq.
STINSON LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006
Tel: (202) 728-3010; Fax: (202) 572-9964
Email: brandon.nagy@stinson.com

Zane A. Gilmer, Esq. *

1

STINSON LLP
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Tel: (303) 376-8416
Email: zane.gilmer@stinson.com
(*application for admission forthcoming)

Joe LoRusso, Esq. *
RAMOS LAW
10190 Bannock St., Suite 200
Northglenn, CO 80260
Tel: (720) 580-8305
Email: jlorusso@ramoslaw.com
(*application for admission forthcoming)

*Counsel for Petitioner Michael Solondz*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Brandon R. Nagy        
Brandon R. Nagy, Esq.