

| | | |
|---|---|---|
| U.S. Department Of Transportation | Office of the Chief Counsel | Aviation Litigation Division<br>800 Independence Ave. SW<br>Washington, D.C. 20591 |
| **Federal Aviation Administration** | | |

August 6, 2024

Mark J. Langer, Clerk of Court
United States Court of Appeals
 for the District of Columbia Circuit
333 Constitution Ave. NW
Washington, DC 20001-2866

    Re:    <u>Solondz v. FAA</u>, No. 24-1105 (D.C. Cir.)

Dear Mr. Langer:

Enclosed is the Certified Index of Record in the above-referenced case. The original record is available for review in the FAA Office of the Chief Counsel. If the Court requires the original record, please contact me for at:

    Federal Aviation Administration
    Office of the Chief Counsel, AGC-300
    800 Independence Ave., SW
    Washington, DC 20591
    Telephone: (202) 702-7969 (direct)
               (202) 267-7158 (main)

When the case is closed, please return the original record to my attention at that address.

Respectfully,

<u>/s Brett D. Weingold</u>
Brett D. Weingold
Manager, Appellate Practice
Federal Aviation Administration
Office of the Chief Counsel
Aviation Litigation Division

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MICHAEL SOLONDZ,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Respondent. | No. 24-1105 |

**CERTIFICATION OF INDEX OF RECORD**

IT IS HEREBY CERTIFIED that the attached list describes the material comprising the Federal Aviation Administration's record in this case. The complete record is available for the purpose of review.

/s Brett D. Weingold
Brett D. Weingold
Manager, Appellate Practice
Federal Aviation Administration
Office of the Chief Counsel
Aviation Litigation Division

Dated: August 6, 2024

<u>Solondz v. FAA</u>, No. 24-1105

FEDERAL AVIATION ADMINISTRATION
INDEX OF RECORD

| RECORD ITEM | PAGES |
|---|---|
| 1. Copy of Petitioner Michael Solondz's Airman Medical Record, dated July 30, 2024 | 1-1624 |
|    a. Petitioner's Application for Medical Certification, dated February 17, 2023 | 13-19 |
|    b. Letter from Susan A. Northrup, M.D., Federal Air Surgeon, to Michael Solondz, dated July 9, 2024 – underlying decision from which petition for review arises | 22-28 |
|    c. Letter from Petitioner's counsel supplementing his request for reconsideration by Federal Air Surgeon, dated February 19, 2023,[1] and supporting documents | 41-58 |
|    d. Letter from Petitioner's counsel requesting reconsideration by Federal Air Surgeon, dated December 19, 2023 | 59-63 |
|    e. Letter from David M. O'Brien, M.D., Manager, Aerospace Medical Certification Division, to Michael Solondz, dated November 20, 2023 | 71-72 |
|    f. Additional medical records and correspondence dating from May 8, 1986 to November 12, 2023 | 73-1624 |
| 2. Medical Literature | |
|    a. REMERON prescription label information FDA approval July 2007 | 1625-1690 |
|    b. REMERON prescription label information FDA approval November 2021 | 1691-1717 |
|    c. Excerpt from FAA Guide for Aviation Medical Examiners, dated June 26, 2024 | 1718-1736 |

---

[1] This letter appears to have been misdated and sent in February 2024 (not 2023), as it references Petitioner's December 2023 letter and includes a Congressional inquiry sent to the FAA on February 7, 2024.

d. Kasper, et al., *A Risk-Benefit Assessment of Mirtazapine in the treatment of Depression*, Drug Safety, 1997 Oct. 17 (4) at 251 .................................................. 1737-1751

e. Ramaekers, et al., *Effects of Nocturnal Doses of Mirtazapine and Mianserin on Sleep and on Daytime Psychomotor and Driving Performance in Young, Healthy Volunteers*, 13 Human Psychopharmacology Clin. Exp. Issue 2 at S87 (1998) .................................................. 1752-1764

f. Wingen, et al., *Actual Driving Performance and Psychomotor Function in Healthy Subjects After Acute and Subchronic Treatment With Escitalopram, Mirtazapine, and Placebo: A Crossover Trial*, 66 J. Clin. Psychiatry 436 (2005) .................................................. 1765-1772

g. Fornaro, et al., *Residual effects of medication for sleep disorders on driving performance: A systematic review and network meta-analysis of randomized controlled trials NMA driving and hypnotics* 81 J. European Nuerospychopharmacology 53 (2024) .................................................. 1773-1783

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s Brett D. Weingold
Brett D. Weingold
Manager, Appellate Practice
Federal Aviation Administration
Office of the Chief Counsel
Aviation Litigation Division